UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

RECREATIONAL PLUS LEV INC.,

    Defendant.

Case No.: 1:24-cv-06761-MKV

**MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

**PLEASE TAKE NOTICE** that Plaintiff MICHAEL SAUNDERS, pursuant to Federal Rules of Civil Procedure 55(b) moves this Court for a default judgment and permanent injunction against Defendant RECREATIONAL PLUS LEV INC. The grounds for this motion are set forth in the accompanying Affirmation in Support and Memorandum of Law.

Dated: January 3, 2025
       New York, New York

 

Arjeta Albani, Esq.
Joseph & Norinsberg, LLC
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, NY 10022
(212) 227-5700
arjeta@norinsberglaw.com