UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECREATIONAL PLUS LEV INC.,<br><br>Defendant. | Case No.: 1:24-cv-06761-MKV<br><br>**DEFAULT JUDGMENT** |

 This action having been commenced September 5, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been properly served through the New York State Department of State on the defendant, RECREATIONAL PLUS LEV INC., on October 22, 2024, and a proof of service having been filed on October 28, 2024 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

 ORDERED, ADJUDGED AND DECREED: That Plaintiff's motion for default tis granted against Defendant Smacked LLC;

 IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant is hereby required to: (1) retain a qualified web accessibility consultant to remediate its website (https://www.getsmacked.online) to achieve WCAG 2.1 Level AA compliance; (2) develop and implement specific web accessibility policies; (3) provide periodic compliance reports; and (4) maintain website accessibility going forward.

 IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant pay costs in the amount of $405.00, disbursements in the amount of $40.00 and attorney's fees in the amount of $7,015.00, amounting in all to $7,280.00.

Dated: January 3, 2025
      New York, New York

 

_____
Arjeta Albani, Esq.
Joseph & Norinsberg, LLC
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, NY 10022
(212) 227-5700
arjeta@norinsberglaw.com