USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN IGARTUA, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

RECREATIONAL PLUS LEV INC,

Defendant.

---

1:24-cv-06761-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on September 5, 2024. [ECF No. 1]. On October 28, 2024, an affirmation of service was filed. [ECF No. 5]. Defendant was required to answer or otherwise respond to the Complaint on or before November 11, 2024. [ECF No. 5]. No response was filed, and on January 3, 2025 Plaintiff moved for default judgment. [ECF No. 16]. Shortly thereafter, Plaintiff filed a letter advising the Court of his intent to file an amended motion for default judgment. [ECF No. 18]. Subsequently, Plaintiff did in fact file an amended motion for default judgment. [ECF No. 20]. Therefore, Plaintiff's prior motion, [ECF No. 16], is DENIED as moot.

The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 16.

**SO ORDERED.**

Date: **April 3, 2025**
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**