```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, *on behalf of himself and all others similarly situated*,

            Plaintiff,

-against-

RECREATIONAL PLUS LEV INC.,

            Defendant.

1:24-cv-6761-MKV

**ORDER SCHEDULING DEFAULT HEARING**

MARY KAY VYSKOCIL, United States District Judge:

    This action having been commenced on September 5, 2024, by the filing of a complaint, [ECF No. 1], and a copy of the Summons and Complaint having been served on Defendant Recreational Plus Lev Inc., on October 22, 2024, and proof of such service having been filed on October 28, 2024, [ECF No. 5], and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff having moved for entry of default judgment on January 8, 2025 [ECF No. 20], and having served the Motion for default judgment on Defendant [ECF No. 25], and no opposition having been filed, it is HEREBY ORDERED that the Parties shall appear for a hearing on Plaintiff's motion for a default judgment on **May 12, 2025 at 2:30 PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

    It is FURTHER ORDERED that on or before **April 28, 2025** Plaintiff must serve this Order and another copy of all papers in support of Plaintiff's motion on Defendant. IT IS FURTHER ORDERED that **on or before April 30, 2025** Plaintiff shall file proof of such service on ECF.

**SO ORDERED.**

**Date:  April 17, 2025**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**