USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, *on behalf of himself and all others similarly situated*,

           Plaintiff,

-against-

RECREATIONAL PLUS LEV INC.,

           Defendant.

1:24-cv-6761-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The default hearing scheduled for **May 12, 2025 at 2:30 PM** is HEREBY ADJOURNED to **July 9, 2025**. IT IS FURTHER ORDERED that Plaintiff must serve this Scheduling Order on Defendant and file proof of such service on ECF **on or before July 2, 2025**.

**SO ORDERED.**

**Date: May 9, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**